UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY BIELER,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:25-cv-417-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION

(ECF No. 3)

Plaintiff Timothy Bieler complains of alleged wrongs inflicted in connection with an arrest. Before the Court is Mr. Bieler's application to proceed *in forma pauperis.* (ECF No. 1). Also before the Court is Magistrate Judge Craig Denney's report and recommendation (R&R) recommending that the application be granted, and that the complaint be filed and then dismissed, with Plaintiff given thirty days from the dismissal to cure deficiencies. (ECF No. 3.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Judge Denney recommends granting Mr. Bieler's IFP application because he has met the requirements of 28 U.S.C. § 1915(a)(1) by submitting a certified account statement that shows that his assets are insufficient to pay the filing fees. (ECF No. 3.) Judge Denney also recommends dismissing Plaintiff's claims against the State of Nevada and the United States of America with prejudice because these defendants are not "persons" for purposes of a Section 1983 claim. (*Id.*) All claims against other defendants are recommended to be dismissed with leave to amend with supporting factual allegations. (*Id.*)

1

Mr. Bieler has not objected to Judge Denney's R&R, and his time to do so has now expired. The Court agrees with Judge Denney's reasoning and adopts his R&R in full.

**Conclusion**

It is therefore ordered that Judge Denney's report and recommendation (ECF No. 3) is ADOPTED IN FULL.

It is further ordered that Plaintiff Timothy Bieler's IFP application (ECF No. 1) is GRANTED. Plaintiff is not required to pay an initial filing fee. However, whenever Plaintiff's prison account exceeds $10, he is required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid. This is required even if the action is dismissed or is otherwise unsuccessful.

The Clerk of Court is kindly directed to FILE Plaintiff's complaint. (ECF No. 1-1.)

It is further ordered that Plaintiff's claims against Defendants State of Nevada and the United States of America are DISMISSED WITH PREJUDICE.

It is further ordered that the remainder of the complaint is DISMISSED WITHOUT PREJUDICE and with leave to amend.

Plaintiff shall have 30 DAYS from the date of this order to file an amended complaint curing the deficiencies noted in Judge Denney's Report and Recommendation. The amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the court. Plaintiff shall check the box for the first amended complaint on the court's form civil rights complaint. If Plaintiff fails to file an amended complaint within the 30 days, this action may be dismissed.

The Clerk of Court is kindly directed to SEND a copy of this Order to Chief

of Inmate Finance at WCDF, 911 E. Parr Blvd., Reno, NV 89512.

The Clerk of Court is kindly directed to SEND Plaintiff a copy of the Report and Recommendation. (ECF No. 3.)

The Clerk of Court is kindly directed to SEND Plaintiff the instructions for filing a civil rights complaint by an incarcerated individual and form civil rights complaint by an inmate.

Dated this 12th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3